| | |
|---|---|
| STEPHEN C. RUEHMANN (167533)<br>MARC C. FISHER, ESQ. (44794)<br>**FISHER & RUEHMANN, LLP.**<br>9580 Oak Avenue Parkway, Suite 15<br>Folsom, CA 95630<br>(916) 988-8001 Telephone<br>(916) 988-8002 facsimile<br><br>Attorneys for Plaintiff<br>Osman Cardona<br><br>Mark R. Hartney, Esq.<br>**Allen Matkins Leck Gamble Mallory & Natsis, LLP**<br>515 South Figueroa Street, 9th Floor<br>Los Angeles, CA 90071<br>(213) 622.5555 Telephone<br><br>Attorneys for Defendants<br>ONE WEST and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | **E-Filed 4/21/2010** |

UNITES STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Osman Cardona,<br><br>  Plaintiffs,<br>vs.<br><br>Mortgage Store Financial, Inc., a California corporation; Indymac Bank, FSB, a federal savings bank, OneWest Bank, FSB, a federal savings bank, Mortgage Electronic Registration Systems, Inc., a California corporation; Quality Loan Service Corporation, a California corporation, Recon Trust Company, N.A., a national Bank; South Bay Mortgage Company and DOES 1 to 100, inclusive,<br><br>  Defendants | Case No.: Case No.: 3:10-CV-00693<br><br>STIPULATED REQUEST TO SET HEARING FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION and DEFENDANT'S MOTION TO DISMISS and ORDER<br><br>DATE FILED: April 14, 2010<br><br>HON. JEREMY FOGEL<br><br>ACTION FILED: February 18, 2010 |

It this hereby requested and stipulated by Plaintiff Osman Cardona, and Defendants OneWest Bank and Mortgage Electronic Registration Systems, Inc., that Plaintiff's Motion for Preliminary Injunction Hearing and Defendant's Motion to Dismiss (when filed), will be heard on the same date and time.

IT IS FURTHER STIPULATED THAT the Trustee's Sale that was set for April 16, 2010 shall be continued until after said hearing.

DATED: April 14, 2010

_____
Stephen C. Ruehmann
Attorney for Plaintiffs

DATED: April 14, 2010

_____
Mark Hartney, Esq.
ALLEN MATKINS
Attorney for OneWest Bank and MERS

**IT IS SO ORDERED.**

Dated: __April 16__, 2010

_____
Hon. JEREMY FOGEL