1  STEPHEN C. RUEHMANN (167533)
   FISHER & RUEHMANN, LLP
2  9580 Oak Avenue Parkway, Suite 15
   Folsom, CA 95630
3  (916) 988-8001 Telephone
   (916) 988-8002 Fax
4  Steve@Ruehmannlaw.com

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                                          5           JF
11 OSMAN CARDONA,                ) Case No.: 3:10-CV-00693-EMC
                                 )
12        Plaintiff,             )
                                 )
13 vs.                           ) STIPULATION OF DISMISSAL
                                 )
14 MORTGAGE STORE FINANCIAL, INC., A )
   CALIFORNIA CORPORATION; INDYMAC )
15 BANK, FSB, A FEDERAL SAVINGS  )
   BANK, SECURITIZATION TRUST LX )
16 2007-4N AURORA LOAN SERVICES, LLC )
   AN UNKNOWN ENITY; ONE WEST    )
17 BANK, FSB, A FEDERAL SAVINGS   )
   BANK, MORTGAGE ELECTRONIC     )
18 REGISTRATION SLYSTEMS, INC., A )
   CALIFORNIA CORPORATION, QUALITY )
19 LOAN SERVICE CORPORATION, A   )
   CALIFORNIA CORPORATION, RECON )
20 TRUST COMPANY, N.A., A NEVADA )
   CORPORATION; SOUTH BAY        )
21 MORTGAGE COMPANY AND DOES 1 to )
   100, inclusive,               )
22                               )
          Defendants.            )
23                               )
   _____)

24        IT IS HEREBY STIPULATED by and between the Federal Deposit Insurance

25 Corporation as Receiver for defendant IndyMac Bank, FSB ("IndyMac) through its designated

1

counsel and Plaintiff's that the above-captioned action be and hereby is dismissed with prejudice to Defendant INDYMAC only, pursuant to FRCP 41 (a) (1). Both parties agree to bear their own fees and costs.

Dated: May 27, 2010

/S/   Stephen C. Ruehmann
Stephen C. Ruehmann
Attorney for Plaintiff

Dated: May 27, 2010

/S/  James P. Gazdecki
James P. Gazdecki
Attorney for the Federal Deposit Insurance Corporation as Receiver for defendant IndyMac Bank, FSB

**ORDER**

IT IS SO ORDERED.

Dated: 6/11/10

Honorable Judge Jeremy Fogel

2