UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSMAN CARDONA, | Case No.: 5:10-00693-LHK |
| Plaintiff, | **ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL** |
| vs. | |
| MORTGAGE STORE FINANCIAL, INC., a California corporation; INDYMAC BANK, FSB, a federal savings bank, Securitization Trust LX 2007-4N Aurora Loan Services, LLC an unknown entity; ONEWEST BANK, FSB, a federal savings bank, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a California corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation, RECON TRUST COMPANY, N.A., a Nevada Corporation; SOUTH BAY MORTGAGE COMPANY and DOES 1 to 100, inclusive, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that pursuant to FRCP 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated:  August 26, 2010              /S/_ Stephen C.Ruehmann_____

1

Case No.: 10-CV-0693-LHK
ORDER GRANTING VOLUNTARY DISMISSAL

Stephen C. Ruehmann
Attorney for Plaintiff

**ORDER GRANTING DISMISSAL**

The Clerk shall close the file and terminate any pending motions.

IT IS SO ORDERED.

Dated: August 31, 2010

_____
Honorable Lucy H. Koh
United States District Judge